```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                 2:16-cr-150
                                          Judge Marbley

Frank Damico

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (ECF No. 27) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Counts 1 and 2 of the Information, and he is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: September 9, 2016            s\Algenon L. Marbley
                                            Algenon L. Marbley
                                            United States District Judge